IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| FREDDIE LEE FINNISSEE, JR., | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:08-CV-40 (HL) |
| ASHLEY PAULK, et al, | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 7) filed June 12, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 9th day of July, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**